**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**                                                                  **NO. 03-355**

**DAMON LANDOR**                                                  **SECTION "K"**

<u>**JUDGMENT**</u>

Considering the foregoing order,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that judgment be entered in favor of the

United States of American and against Damon Landor which was filed  pursuant to 28 U.S.C. §

2255.

New Orleans, Louisiana, this  __18th__  day of August, 2005

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**