UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 03-355** |
| **JEROME VINCE, ET AL.** | **SECTION: "K"(1)** |

### ORDER

Before the Court is Motion Requesting Guilty Plea Transcript (Rec.Doc.No. 517) filed by Defendant Damon Landor.

**IT IS ORDERED** that the Clerk shall furnish a copy of the transcript of Defendant's re-arraignment held on March 31, 2004. *See* Rec.Doc.No. 182.

New Orleans, Louisiana, on this __9th__ day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE