MINUTE ENTRY
KNOWLES, M.J.
MARCH 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                               CRIMINAL ACTION

VERSUS                                                 NO: 03-355

DAMON LANDOR                                           SECTION "L"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X  ASSISTANT U.S. ATTORNEY  DUANE EVANS
              X  PROBATION OFFICER  LEIGHTON COLBERT - Amy Lapointe for
              __ INTERPRETER _____ SWORN
                 (TIME:         .M  to         .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    March 28, 2018 at 2:00 pm
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    March 16, 2018 at 10:00 am
**X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 04

DEK